# EXHIBIT 2

Police Report

# Manatee County Sheriff's Office

## Incident Sheet

**ORI:** FL0410000

**Incident Number # :** **2025013570**

**Printed Date:** 06/25/2025 15:56

### Incident Information

**Incident # :** 2025013570

**Reported Date :** 06/24/2025 11:37

**Investigating Officer :**

**Reporting Officer :** GROOVER, JOSHUA

**Occured From :** 05/06/2025 15:48 TUE

**Location :** 4805 96TH ST E PALMETTO,FL 34221

**Occured To :** 06/24/2025 11:30 TUE

#### Incident Details

**Case Status :**

**Disposition :** OPEN

**Status Date :**

**Disposition Date :** 06/24/2025 13:28

**Record Date :**

**Remarks :**

### Associated Name Summary

| FULL NAME | TYPE | INVOLVEMENT | DOB |
|---|---|---|---|
| ESAU, SARAH ELIZABETH | INDIVIDUAL | INVOLVED OTHER | 02/14/1987 |
| MITCHELL, JOHN K | INDIVIDUAL | REPORTING PARTY | 09/01/1979 |
| MORGAN, CANDY M | INDIVIDUAL | INVOLVED OTHER | 07/17/1968 |

### Offense Information

**Offense Code :** <95075-950-950> SUSPICIOUS INCIDENTS

**Location :** RENTAL STORAGE FACILITY

**Primary Offense :** ☑

**Attempt :** COMMITTED

### Incident Name

#### Incident/Name Info :

**Involvement :** REPORTING PARTY

#### Name Information :

**Name Unknown :** ☐

**Home Address :** [redacted]

**Last Name :** MITCHELL

**Mailing Address :**

**First Name :** JOHN

**Home Phone :**

**Middle Name :** K

**Work Phone :**

**Suffix :**

**Other Phone :**

**Name Type :** INDIVIDUAL

**Cell Phone :** [redacted]

**Race :** BLACK OR AFRICAN AMERICAN

**Email :**

**Ethnicity :** NON-HISPANIC

**Secondary Email :**

**Gender :** MALE

**DOB :** [redacted]
**Age :** 45 to
**Driver's License # :** [redacted]
**Driver's License Expiration Date :**
**Driver's License State :** TEXAS
**Driver's License Class :**
**SSN :**
**Passport # :**
**Country Of Issuance :**

**State ID :**
**Eye Color :** BROWN
**Hair Color :** BALD
**Glasses :** NONE
**Height :** 6'0" to
**Weight :** 200 to
**Juvenile :** ☐
**Date Issued :**
**Passport Expiration Date :**

## Incident Name

### Incident/Name Info :

**Involvement :** INVOLVED OTHER

### Name Information :

**Name Unknown :** ☐
**Last Name :** MORGAN
**First Name :** CANDY
**Middle Name :** M
**Suffix :**
**Name Type :** INDIVIDUAL
**Race :** WHITE
**Ethnicity :** NON-HISPANIC
**Gender :** FEMALE
**DOB :** [redacted]
**Age :** 56 to
**Driver's License # :**
**Driver's License Expiration Date :**
**Driver's License State :**
**Driver's License Class :**
**SSN :**
**Passport # :**
**Country Of Issuance :**

**Home Address :** [redacted]
**Mailing Address :**
**Home Phone :**
**Work Phone :**
**Other Phone :**
**Cell Phone :** [redacted]
**Email :**
**Secondary Email :**
**State ID :**
**Eye Color :**
**Hair Color :** BLONDE
**Glasses :**
**Height :** 5'5" to
**Weight :** 150 to
**Juvenile :** ☐
**Date Issued :**
**Passport Expiration Date :**

## Incident Name

### Incident/Name Info :

**Involvement :** INVOLVED OTHER

### Name Information :

| | |
|---|---|
| **Name Unknown :** ☐ | **Home Address :** 5244 LAKEHURST CT, PALMETTO, FL, 34221 |
| **Last Name :** ESAU | **Mailing Address :** |
| **First Name :** SARAH | **Home Phone :** |
| **Middle Name :** ELIZABETH | **Work Phone :** |
| **Suffix :** | **Other Phone :** |
| **Name Type :** INDIVIDUAL | **Cell Phone :** [redacted] |
| **Race :** WHITE | **Email :** [redacted] |
| **Ethnicity :** NON-HISPANIC | **Secondary Email :** |
| **Gender :** FEMALE | **State ID :** |
| **DOB :** [redacted] | **Eye Color :** BROWN |
| **Age :** 38 to | **Hair Color :** BLACK |
| **Driver's License # :** [redacted] | **Glasses :** NONE |
| **Driver's License Expiration Date :** 02/14/2032 | **Height :** 5'7" to |
| **Driver's License State :** FLORIDA | **Weight :** 130 to |
| **Driver's License Class :** CLASS E/OPERATOR | **Juvenile :** ☐ |
| **SSN :** [redacted] | **Date Issued :** |
| **Passport # :** | |
| **Country Of Issuance :** | **Passport Expiration Date :** |

## Geo Information

| | |
|---|---|
| **Zone :** UP | **Tract :** 521 |
| **District :** 3 | **Neighborhood :** N20 |
| **Reporting Area :** | **ESZ :** 520 |

## Law Enforcement Officers Killed and Assaulted

## Narratives

**Report #:** 2025013570-0000 **Type:** CONTINUATION **Author :** GROOVER, JOSHUA (16000076)

**Title :** **Entered On :** 06/24/2025 16:37

**Narrative :**

Investigation:

I arrived on scene and met with John and Life Storage employees, Candy and Sarah. I observed John's storage room, #1041, which is inside the main air-conditioned building at Life Storage. The room was completely empty. On the side of the roll down door were two dent marks, but these marks did not line up with where the lock is positioned on the door. I photographed the room and the area around it from multiple angles and uploaded the photos to Evidence.com. I spoke further with John, Sarah, and Candy to gather further information on the events that took place. I reviewed a photo taken of John's storage unit which was time stamped at 3:48PM on 05/06/2025. The photo showed the room full of multiple boxes and bags all stamped with Louis Vuitton emblems. I then reviewed security footage with Sarah. On site, the footage only goes back to 06/07/2024, which is 18 days. During this footage no one was observed entering John's storage room. Sarah contacted Life Storage IT who is working on obtaining footage from the month of May.

Interviews:

John: I have had this storage unit ever since I moved away to Texas several years ago. I have not had the chance to come back to get my stuff. I have probably $150,000 worth of Louis Vuitton items in that room. I also had several jugs of hand sanitizer and rubbing alcohol that I had bought during the shortage from Covid. I will work on compiling a PDF of all the receipts and send the PDF to you. I have not been to my unit since then. I got behind on my payments but once they notified me I made my late payments and got caught up. I will sue them for negligence.

Candy: John came in and I took him back to get into his unit and when we opened it there was nothing inside. On May 6th we cut the lock onto the unit, photographed it, and replaced it with our lock and put the wrap (zip tie) on the unit latch. We also removed all of the liquids from the unit per policy, but I do not know what happened to them. Then when John paid on 05/24/2025 I took our lock off the unit and replaced it with a new lock for John and set the keys aside for when he returned. I did not open the unit on this day. The wrap was still on there and untouched so I knew no one could be in the unit. Today when John came, and I let him into the unit the wrap was still on there so I do not see how anyone could have gone in. I had a couple of other employees with me when I was in John's storage unit on 05/06/2025.

Sarah: On 04/24/2025 we sent notice to John that he was 36 days delinquent and that we would begin the auction process if he did not pay. On 05/05/2025 John was sent the notice of lien. On 05/06/2025 his lock was removed and a Life Storage was put on. On 05/24/2025 John made his payment and the Life Storage lock was removed, and a new lock was put on for John since he could not respond in person to put the lock on himself. I called our IT department, and they are working on getting further video from before 06/07/2025.

**Report #:** 2025013570-0000 **Type:** SYNOPSIS **Author :** GROOVER, JOSHUA (16000076)

**Title :** **Entered On :** 06/24/2025 16:39

**Narrative :**

Sometime after 05/06/2025 the contents of John Mitchell's storage room contents were removed. The contents are valued at $150,000. At this time there is no evidence to suggest a burglary took place. It is possible the contents of John's storage unit was emptied by Life Storage as the beginning steps of auctioning John's storage room had begun but had supposedly been halted when John paid his bill.

## Involved Officers

**Officer :** GROOVER, JOSHUA (16000076)
**Unit :**
**Involvement :** REPORTING OFFICER
**Involvement Status :**
**Date/Time :**
**Comments :**

## Attachment List

| | |
|---|---|
| **Electronic Attachments?** | No |