# EXHIBIT 4

AAA Decline to Administer

AMERICAN ARBITRATION ASSOCIATION | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

120 Broadway
Floor 21 - Intake
New York, NY 10271
Telephone: (856)435-6401

May 1, 2026

Brian Flick, Esq.
DannLaw
15000 Madison Avenue
Lakewood, OH 44107
Via Email to: Bflick@dannlaw.com

CT Corporation System
Life Storage LP
1200 South Pine Island Road
Plantation, FL 33324
Via Mail

Gwen McNeal
Life Storage Holdings LLC
2795 East Cottonwood Parkway
Suite 300
Salt Lake City, UT 84121
Via Mail

CT Corporation System
Extra Space Storage LP
1200 South Pine Island Road
Plantation, FL 33324
Via Mail

Case Number: **01-26-0001-4529**

**John Mitchell**
**-vs-**
**Life Storage LP**
**-vs-**
**Life Storage Holdings LLC**
**-vs-**
**Extra Space Storage LP**

Dear Parties:

The Claimant has filed a Demand for Arbitration with us.

Before the filing of this arbitration, **Extra Space Storage LP** failed to comply with the AAA's policies regarding consumer claims, set forth in the Consumer Due Process Protocol ("Protocol") and the Consumer Arbitration Rules ("Consumer Rules"), including the Costs of Arbitration, and/or removed themselves from the Consumer Clause Registry, which can be found on our web site, www.adr.org/clauseregistry. Accordingly, we must decline to administer this claim and any other claims between **Extra Space Storage LP** and its consumers at this time.

We note that the demand for arbitration names additional businesses. If the Claimant wants to proceed against the other businesses**,** please advise us in writing **by May 15, 2026**. Absent a request to proceed against the other businesses**,** we will close the matter and refund any payment received by the filing party.

If **Extra Space Storage LP** advises the AAA in the future of its intention to comply with the AAA's Consumer Rules and Protocol and, if applicable, resolves any outstanding payment obligations, the AAA may consider, at its sole discretion, accepting newly filed consumer cases going forward. Therefore, **Extra Space Storage LP** must, at a minimum, register its clause on the Consumer Clause Registry (Registry) on our website, www.adr.org/clauseregistry. Upon completion of the registration process and confirmation from the AAA that **Extra Space Storage LP** is now active on the Registry, **Extra Space Storage LP** is responsible for informing all parties to previously declined AAA matters of their updated status.

For a previously declined AAA matter, the Claimant may proceed in the appropriate court per R-10(b) of the Consumer Rules. However, the AAA will administer the previously declined matter if, at the Claimant's sole discretion, the Claimant chooses to re-file their claim with the AAA. The AAA will follow any court order regarding how the arbitration should proceed.

Pursuant to the AAA's current policy, in the normal course of our administration, the AAA may maintain certain electronic case documents in our electronic records system. Such electronic documents may not constitute a complete case file. Other than certain types of electronic case documents that the AAA maintains indefinitely, electronic case documents will be destroyed three months after the date of this letter.

If you believe we have declined this matter in error, please email ConsumerFiling@adr.org.

Sincerely,

Consumer Filing Team
Email: ConsumerFiling@adr.org
Fax: (877)304-8457

cc:
Karen Ortiz
Brent S. Snyder, Esq.